UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PAUL RAY PARKER,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

CASE NO.: 2:25-CV-08296-MRA-SSC

**ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)**

Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

IT IS HEREBY ORDERED that **attorney fees and expenses** in the amount of Six Thousand Three Hundred Eighty-Two Dollars and Zero Cents ($6,382.00) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees may be made payable to Plaintiff's Attorney's firm,

**Olinsky Law Group** EIN 26-2258247

Any payment may be made either by electronic transfer fund (EFT) or by check.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, **the check shall be mailed to the following address:**

**Olinsky Law Group**
**250 S Clinton St Ste 210**
**Syracuse NY 13202**

IT IS SO ORDERED.

Date: November 18, 2026

Hon. Monica Ramirez Almadani
United States District Judge